

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-22-00576-CV

George **NAVARRO**,
Appellant

v.

Rebecca **HERNANDEZ** and Kristan Hernandez,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI07366
Honorable Monique Diaz, Judge Presiding

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
            Patricia O. Alvarez, Justice
            Lori I. Valenzuela, Justice

Delivered and Filed: October 19, 2022

APPEAL DISMISSED FOR WANT OF PROSECUTION

The clerk's record was due on November 14, 2022.  On September 19, 2022, the trial court clerk filed a Notification of Late Record stating appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellant is not entitled to appeal without paying the fee.  On September 20, 2022, this court ordered appellant to provide written proof to this court no later than September 30, 2022 that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee.  Our order cautioned appellant that if he failed to respond within the time provided, this appeal

would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b). Appellant did not respond; therefore, this appeal is dismissed for want of prosecution.

PER CURIAM